IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| ROBERT JAMES CANNON, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | |
| | ) | CASE NO. 3:10-cv-69-ID |
| v. | ) | |
| | ) | (WO) |
| DEBORAH TONEY, WARDEN *et al*, | ) | |
| | ) | |
| Respondents. | ) | |

**<u>ORDER</u>**

This petition for a writ of habeas corpus is before the Court on Petitioner's Objection to Magistrate Judge's recommendation that Petitioner's 28 U.S.C. § 2254 petition for habeas corpus relief be denied and that Petitioner's cause of action be dismissed in accordance with the provisions of 28 U.S.C. § 2244(b)(3)(A) (Doc. 4, filed on March 5, 2009). After careful and independent consideration of the issues Petitioner raised in the Objection and the applicable law, the Court is of the opinion that the Magistrate Judge's Recommendation is well taken and is due to be adopted. It is therefore, ORDERED as follows:

    1. That Petitioner's Objection (Doc. 7) filed on March 17, 2010 be, and the same are hereby, OVERRULED;

    2. That the Magistrate Judge's Recommendation (Doc. 4) filed March 5, 2010 in this cause be, and the same is hereby, ADOPTED;

    3. That the petition for habeas corpus relief be, and the same is hereby, DENIED and that this case is DISMISSED with prejudice.

1

4. The Court will enter a separate final judgment.

Done this 23rd day of March, 2010.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE