IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROBERT JAMES CANNON, ) | |
| ) | |
| Petitioner, ) | |
| ) | CASE NO. 3:10-cv-69-ID |
| v. ) | |
| ) | (WO) |
| DEBORAH TONEY, WARDEN *et al*, ) | |
| ) | |
| Respondents. ) | |

**FINAL JUDGMENT**

In accordance with the prior proceedings and orders of the Court, it is CONSIDERED, ORDERED and ADJUDGED that judgment be and the same is hereby entered in favor of Respondents, and against Petitioner Robert James Cannon and that Petitioner take nothing by his said suit.

It is further CONSIDERED and ORDERED that all costs herein incurred be and the same are hereby TAXED against Petitioner, for which let execution issue.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 23rd day of March, 2010.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE